IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spencer, James L

Printed: 03/03/09

Case Number: 08 B 10324
Judge: Wedoff, Eugene R
Filed: 4/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 15, 2009
Confirmed: September 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,255.00 |  |
| Secured: |  | 2,241.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 800.84 |
| Trustee Fee: |  | 212.97 |
| Other Funds: |  | 0.00 |
| Totals: | 3,255.00 | 3,255.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 800.84 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 17,626.60 | 2,241.19 |
| 5. | Countrywide Home Loans Inc. | Secured | 22,347.28 | 0.00 |
| 6. | GMAC Auto Financing | Unsecured | 4,063.33 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 201.18 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,149.98 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 497.35 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 3,869.79 | 0.00 |
| 11. | Cook County Treasurer | Secured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Lou Harris | Unsecured |  | No Claim Filed |
| 14. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,255.51 | $ 3,042.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 120.90 |
| 6.6% | 92.07 |
|  | $ 212.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spencer, James L | Case Number: 08 B 10324 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 4/25/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*